# Order

Michigan Supreme Court
Lansing, Michigan

December 16, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150142(61)

_____

In re ARS, Minor.

_____

PHILLIP SCHNEBELT and PAMELA
SCHNEBELT,
      Petitioners-Appellants,

v

DEREK MUSALL,
      Respondent-Appellee,

and

KAYLEIGH MARIE SCHNEBELT,
      Respondent-Appellant.

_____/

SC: 150142
COA: 318638
Shiawassee CC Family Division:
13-003727-AF

On order of the Chief Justice, the motion of respondent-appellee to extend the time for filing his supplemental brief to January 21, 2015, is GRANTED. The time for filing the supplemental brief of appellants is similarly extended to January 21, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2014



Clerk